JAW:JAW
AO 91 (Rev. 11 11) Criminal Complaint

2021R00026

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

UNITED STATES OF AMERICA

v.

Case No.  21-mj-54 HB

DAYTON CHARLES SAUKE

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about January 15, 2021, in Rice County, in the State and District of Minnesota, defendant Dayton Charles SAUKE

Knowingly possessed a firearm, namely, an unmarked 12-gauge shotgun with a barrel measuring less than 18 inches, and an overall length of less than 26 inches, that was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26 USC, United States Code, Sections 5841, 5861(d), and 5871.

I further state that I am a Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:    ☒Yes  ☐ No

_____
Complainant's signature

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime and email
pursuant to Fed. R. Crim. P. 41(d)(3).

Sara Thomas, Special Agent, ATF

_____
Printed name and title

Date: Jan. 15, 2021

_____
Judge's Signature

City and State:  St. Paul, MN

Hildy Bowbeer
United States Magistrate Judge

_____
Printed Name and Title