Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. Dayton Charles Sauke

Docket No. 0864 0:21CR00036-001(NEB)

Petition on Supervised Release

COMES NOW **Mathias R. Antony**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Dayton Charles Sauke** who was sentenced for Possession of an Unregistered Firearm on January 18, 2022, by the Honorable Nancy E. Brasel, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No alcohol; not to enter establishment where alcohol is sold
- Participate in drug/alcohol treatment program
- Substance abuse testing
- Submit to searches
- Mental Health Counseling/Treatment/Medication
- Take prescribed medication

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is scheduled to begin his term of supervised release June 22, 2023. He currently does not have an approved residence. The addition of the following conditions are intended to provide the defendant with a stable residence while increasing restriction and supervision abilities to address noted concerns.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

The defendant shall reside for a period of up to 90 days in a residential reentry center as approved by the probation officer and shall observe the rules of that facility.

The defendant shall participate in a location monitoring program for a period of 120 days. The defendant shall be monitored using global positioning system (GPS) technology. The defendant shall be monitored under the following restrictions:

The defendant is restricted to their residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; court obligations; or discretionary leave activities as approved by the probation officer.

The defendant shall not be required to pay the costs of location monitoring.

You shall not possess or use a computer or have access to any online service without the prior approval of the U.S. Probation and Pretrial Services Office. Your cooperation shall include, but not be limited to, limitations regarding internet devices which are authorized for use, identifying computer systems and internet-capable devices, and similar memory and electronic devices to which you have access. Monitoring may include random examinations of computer systems along with Internet, electronic, and media storage devices under your control. The computer system or devices may be removed for a more thorough examination, if necessary.

You shall not possess, view, access, create or otherwise use material that reflects extremist or terrorist views or is deemed to be inappropriate by the U.S. Probation and Pretrial Services Office.

### ORDER OF THE COURT

Considered and ordered this ___14th___ day of ___June 2023___, and ordered filed and made a part of the records in the above case.

s/Nancy E. Brasel
Honorable Nancy E. Brasel
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Brian James
Brian James
U.S. Probation Officer
Telephone: 612-664-5365

Executed on    June 14, 2023
Place          Minneapolis

Approved:

s/ Reginale B. Hall
Reginale B. Hall
Supervising U.S. Probation Officer