# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America,

                *Plaintiff,*

v.                                    Case No. 0:21–cr–00036–NEB–DTS(Dft 1)

Dayton Charles Sauke,

                *Defendant.*

**ARREST WARRANT**

To:   Any authorized law enforcement officer

     ***YOU ARE COMMANDED*** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Dayton Charles Sauke  ,

who is accused of an offense or violation based on the following document filed with the court:   ( ) Order of Court
( ) Indictment    ( ) Superseding Indictment    ( ) Information    ( ) Superseding Information    ( ) Complaint
( ) Probation Violation Petition    ( X ) Supervised Release Violation Petition    ( ) Pretrial Violation Petition

This offense is briefly described as follows:
Violation of Supervised Release

Date:        July 13, 2023

                                                       Kate M. Fogarty, Clerk of Court

City and state:   Minneapolis, MN

                                                       *Printed name and title*

***Return***

    This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

                                                         *Arresting officer's signature*

                                                         *Printed name and title*

*This second page contains personal identifiers provided for law−enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.*

*(Not for Public Disclosure)*

Name of defendant/offender:   Dayton Charles Sauke

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may stll have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scar, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____